FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 06 2022
TAMMY H. DOWNS, CLERK
By:_____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

UNITED STATES OF AMERICA )  No. 3:22CR 00030 DPM
                         )
v.                       )
                         )  18 U.S.C. § 922(g)(1)
QUENTIN ARNAZ DANIELS    )
PHILKIVIOUS JAYVON MASON )

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.  On or about February 15, 2022, the defendant,

QUENTIN ARNAZ DANIELS,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1.  Residential Burglary and Theft of Property, in Pulaski County, Arkansas, Circuit Court in Case Number 2013-3823;

2.  Possession of a Controlled Substance, Sch I/II, meth/cocaine, in Pulaski County, Arkansas, Circuit Court in Case Number 2014-2244; and

3.  Possession of a Firearm by Certain Persons, in Cross County, Arkansas, Circuit Court in Case Number 2015-224.

B.  On or about February 15, 2022, in the Eastern District of Arkansas, the defendant,

QUENTIN ARNAZ DANIELS,

knowingly possessed, in and affecting commerce, one or more of the following firearms:

1.  a Glock 21, Gen 4, .45 caliber semi-automatic pistol, bearing serial number WCZ721; and

1

      2.      a Walther PPX, 9mm pistol, bearing serial number FBB1004.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

A.      On or about February 15, 2022, the defendant,

### PHILKIVIOUS JAYVON MASON,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

      1.      Theft by Receiving, in Cross County, Arkansas, Circuit Court in Case Number 2015-282;

      2.      Theft by Receiving, in Cross County, Arkansas, Circuit Court in Case Number 2018-18;

      3.      Possession of a Firearm by Certain Persons, in Cross County, Arkansas, Circuit Court in Case Number 2019-308; and

      4.      Possession of a Firearm by Certain Persons, in Cross County, Arkansas, Circuit Court in Case Number 2020-95.

B.      On or about February 15, 2022, in the Eastern District of Arkansas, the defendant,

### PHILKIVIOUS JAYVON MASON,

knowingly possessed, in and affecting commerce, one or more of the following firearms:

      1.      a Glock 21, Gen 4, .45 caliber semi-automatic pistol, bearing serial number WCZ721; and

      2.      a Walther PPX, 9mm pistol, bearing serial number FBB1004.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION 1

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, Quentin Arnaz Daniels, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

## **FORFEITURE ALLEGATION 2**

Upon conviction of the offense alleged in Count 2 of this Indictment, the defendant, Philkivious Jayvon Mason, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT.  SIGNATURE PAGE ATTACHED.]