## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                       **Plaintiff**

**v.**                               **Case No.: 3:22–cr–00030–DPM**

**Philkivious Jayvon Mason**                                                                       **Defendant**
**(Other Custody)**

---

## NOTICE OF HEARING

     PLEASE take notice that a Change of Plea Hearing has been set in this case for June 12, 2023, at 03:30 PM before Chief Judge D. P. Marshall Jr. in Little Rock Courtroom # 1A in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

     A writ must be prepared and submitted to the United States Marshal in order to transport defendant to the proceeding.

**DATE:** May 26, 2023                                         AT THE DIRECTION OF THE COURT
                                                               TAMMY H. DOWNS, CLERK

                                                               **By:** Sherri L. Black, Deputy Clerk


Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas